IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00035-BNB

LESLIE KITO HINDS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The Clerk of the Court is directed to resend to Plaintiff the Court's January 7, 2008, Order, at the address that Plaintiff provided to the Court on January 28, 2008, in Document No. 8. Plaintiff shall have thirty days from the date of the instant Minute Order to comply with the Court's January 7, 2008, Order. If Plaintiff fails to comply within the time allowed the Complaint and action will be dismissed without further notice. Plaintiff's "Motion for Orders," (Doc. No. 8), filed January 28, 2008, is DENIED as moot.

Dated: January 29, 2008

Copy of this **Minute Order, and a copy of the Order filed 1/7/2008** were mailed on January 29, 2008, to the following:

Leslie Kito Hinds
Reg. No. 117214
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, CO 81062-8700

                                        Secretary/Deputy Clerk