IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00035-BNB

LESLIE KITO HINDS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On March 10, 2008, Plaintiff filed a Motion to Amend Order and a Motion for Extension of Time. The Motion to Amend Order, (Doc. No. 12), is DENIED as unnecessary. Plaintiff has been granted leave to proceed pursuant to 28 U.S.C. § 1915. The Motion for Extension of Time, (Doc. No. 13), also is DENIED. Plaintiff has complied with the Court's January 7, 2008, Order. The Court will not allow an extension of time for the purpose of obtaining legal representation. The Court will proceed with reviewing the merits of Plaintiff's claims.

Dated: March 11, 2008

Copy of this Minute Order was mailed on March 11, 2008, to the following:

Leslie Kito Hinds
1450 East 62nd Avenue
Denver, CO 80216

                                                Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 11 2008

GREGORY C. LANGHAM
                CLERK