IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00035-BNB

LESLIE KITO HINDS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

### ORDER OF DISMISSAL

---

Plaintiff Leslie Kito Hinds initiated this action by filing a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on March 21, 2008, directing Mr. Hinds to file an Amended Complaint. Plaintiff was instructed that Defendant Department of Corrections was an improper party to the action. He further was directed to name as Defendants the individuals who personally participated in the constitutional violations that he raises. Plaintiff was warned that if he failed to file an Amended Complaint within the time allowed the Complaint and the action would be dismissed without further notice.

Mr. Hinds now has failed to communicate with the Court, and as a result he has failed to amend the Complaint within the time allowed. Upon review of the Complaint,

the Court finds that Magistrate Judge Boland correctly instructed Plaintiff to amend the Complaint and name as Defendants the individuals who participated in the alleged constitutional violations. Therefore the Complaint and action will be dismissed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 6 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00035-BNB

Leslie Kito Hinds
1450 East 62nd Avenue
Denver, CO 80216

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/7/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk